| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| | JESSICA A. DAYTON (State Bar #231698) |
| 2 | THOMAS E. FRANKOVICH |
| | *A PROFESSIONAL LAW CORPORATION* |
| 3 | 2806 Van Ness Avenue |
| | San Francisco, CA  94109 |
| 4 | Telephone:     415/674-8600 |
| | Facsimile:      415/674-9900 |

Attorneys for Plaintiffs
JAREK MOLSKI
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/6/05*

JAREK MOLSKI, an individual; and )
DISABILITY RIGHTS ENFORCEMENT, )
EDUCATION SERVICES: HELPING )
YOU HELP OTHERS, a California public )
benefit corporation, )
             )
   Plaintiffs, )
             )
v. )
             )
RUNNING IRON BAR & )
RESTAURANT; BRUCE SPRINGER, an )
individual; ELIZABETH SPRINGER, )
individually and as trustee of the )
SPRINGER FAMILY 1992 TRUST; and )
JENN & NELSON FOREMAN, )
individuals dba RUNNING IRON BAR & )
RESTAURANT, )
             )
   Defendants. )
_____ )

**CASE NO. C 04-2223 RMW**

**STIPULATION OF DISMISSAL AND ORDER THEREON**

   The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement"), each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND ORDER THEREON     Case No. C04-2223

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: August 26, 2005            THOMAS E. FRANKOVICH,
                                  *A PROFESSIONAL LAW CORPORATION*

                                  By: _____/s/_____
                                       Jessica A. Dayton
                                  Attorneys for Plaintiffs JAREK MOLSKI and
                                  DISABILITY RIGHTS ENFORCEMENT,
                                  EDUCATION SERVICES: HELPING YOU
                                  HELP OTHERS

DATED: August 25, 2005            DE VRIES LAW GROUP

                                  By: _____/s/_____
                                       Daniel J. De Vries
                                  Attorneys for Defendants JENN & NELSON
                                  FOREMAN, individuals dba RUNNING IRON
                                  BAR & RESTAURANT

## **ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __October 6__, 2005

                                  /S/ RONALD M. WHYTE
                                  _____
                                  Hon. Ronald M. Whyte
                                  UNITED STATE DISTRICT JUDGE